ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Conner R. Huggins (DC Bar #90029530)
Christopher H. Bell (DC Bar #1643526)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Conner.huggins@usdoj.gov
Christopher.Bell@usdoj.gov
Tel: (202) 598-3799 (Huggins)
Tel: (202) 532-5137 (Bell)

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LITTLE MANILA RISING, MEDICAL ADVOCATES FOR HEALTHY AIR, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, and MICHAEL MARTUCCI, in his official capacity as Acting Regional Administrator for Region 9 of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 3:26-cv-04106-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT DEADLINES** |

Pursuant to Local Rule 6-1(b), 6-2, and 7-12, Plaintiffs Little Manila Rising et al. and Defendants United States Environmental Protection Agency et al. ("EPA") (collectively, the "Parties") stipulate as follows:

1. The Parties previously initiated settlement discussions and have reached an agreement in principle to settle this matter without the need for further litigation.

2. On June 29, 2026, this Court granted the Parties' joint stipulation for a 30-day extension of all case deadlines. (Dkt. No. 18).

3. On July 24, 2026, this Court granted the Parties' joint stipulation for a further 30-day extension of all case deadlines. (Dkt. No. 22).

4. On August 20, 2026, this Court granted the Parties' joint stipulation for a further 30-day extension of all case deadlines. (Dkt. No. 24).

5. On September 30, 2026, this Court granted the Parties' joint stipulation for a further 30-day extension of all case deadlines. (Dkt. No. 26).

6. The parties have reached an agreement in principle and EPA is working to publish in the *Federal Register* a notice that the proposed consent decree is available for a 30-day public comment period pursuant to Clean Air Act Section 113(g), 42 U.S.C. § 7413(g). Following conclusion of the Section 113(g) public comment period, the EPA Administrator or the Attorney General, as appropriate, shall promptly consider any written comments and may withdraw or withhold his consent to the proposed order or agreement if the comments disclose facts or considerations which indicate that such consent is inappropriate, improper, inadequate, or inconsistent with the requirements of the Clean Air Act.

7. The Parties agree that a further 90-day extension of all case deadlines will be beneficial to the Parties and conserve the Court's resources while the Section 113(g) public comment period is pending and while the Parties prepare the joint motion to enter the consent decree.

8. The Parties hereby stipulate and extend the case deadlines to the following dates:

| **Event** | **Existing Date** | **New Date (Proposed)** |
|---|---|---|
| Answer | 11/2/2026 | 1/29/2027 |
| ADR certification | 11/16/2026 | 2/12/2027 |
| Case management statement | 12/4/2026 | 2/26/2027 |
| Case management conference | 12/11/2026 | 3/5/2027 |

9. Pursuant to Local Rule 5-1(i)(3), the undersigned counsel for Defendants attests that the other signatory listed concurs in filing this document.

Dated October 28, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*<u>/s/ Brent J. Newell</u>* <u>(with permission)</u>
Brent J. Newell (State Bar No. 210312)
LAW OFFICE OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brent@lawofficenewell.com

*Counsel for Plaintiffs*

*<u>/s/ Christopher H. Bell</u>*
Christopher H. Bell (DC Bar #1643526)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
Phone: (202) 532-5137
Christopher.Bell@usdoj.gov

*Counsel for Defendants*

**PROPOSED ORDER**

Based on stipulation and for good cause shown, the Court orders that the case management deadlines be extended as follows.

| Event | Existing Date | New Date (Proposed) |
|---|---|---|
| Answer | 11/2/2026 | 1/29/2027 |
| ADR certification | 11/16/2026 | 2/12/2027 |
| Case management statement | 12/4/2026 | 2/26/2027 |
| Case management conference | 12/11/2026 | 3/5/2027 |

**IT IS SO ORDERED.**

Dated:__________________

____________________________
HON. MAXINE M. CHESNEY
Senior United States District Judge